IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **Patricia Ann Maddox,** | ) | Case No. 11 B 28770 |
| | ) | |
| Debtor. | ) | Hon. Susan Pierson Sonderby |

**Order Extending Time for Final Installment of Filing Fee**

This matter coming before the court for the hearing on dismissal for failure to pay the final installment of the filing fee in this case, and the Debtor having requested an extension of time for payment of said final installment, and the court being fully advised in the premises;

IT IS ORDERED that the time for Debtor to pay the final installment of her filing fee is hereby extended to and including January 6, 2012.

ENTER:

Date: DEC 20 2011

_____
SUSAN PIERSON SONDERBY
UNITED STATES BANKRUPTCY JUDGE